UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

**AL PRATICO and DOROTHY PRATICO,**

2006 MAR 23 A 10: 27

Plaintiffs,

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

vs.

Case No. 3:05-cv-413-J-20MCR

**ROLLINS, INC., a foreign corporation, and
ORKIN EXTERMINATING COMPANY, INC.,**
a foreign corporation,

Defendants.
_____/

## ORDER

Before the Court is the Parties' Stipulated Motion for Dismissal With Prejudice (Doc. No. 22, filed March 21, 2006). In accordance with the stipulation, the case is **DISMISSED with prejudice** with each side agreeing to bear its own costs and attorneys' fees. All pending Motions are denied as moot and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 22 day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Donald Maximilian Maciejewski, Esq.
Michael Brad Gibson, Esq.
Rick Sichta, Esq.
Douglas B. Brown, Esq.
Richard S. Geller, Esq.
Garry Randolph, CRD